LAWRENCE P. RAMIREZ (State Bar No. 141550)
LINDA KENY (State Bar No. 187013)
THE LITIGATION LAW GROUP
111 NORTH MARKET STREET, SUITE 300
SAN JOSE, CA 95113
PHONE (408) 971-1119   FAX (408) 971-1129
lpramirez@thellg.com
linda.keny@thellg.com

Attorneys for Defendant, Mantena LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON, an individual,<br><br>             Plaintiff,<br>vs.<br><br>MANTENA LLC, a California limited liability company, ALIREZA PARHIZKARI, and Does 1-10<br><br>             Defendants | Case No.: 5:19-CV-06468-NC<br><br>**DECLARATION OF LAKSHMIGAYATHRI MUDUNDI IN SUPPORT OF MANTENA LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date: December 11, 2019<br>Time: 1:00 p.m.<br>Courtroom: 5, 4th Floor<br>Judge Nathaniel Cousins<br>Trial Date: Not Set<br><br>Complaint Filed: October 9, 2019 |

I, Lakshmigayathri Mudundi, declare:

1. I am a resident of San Jose California and I am the managing member of Mantena LLC (one of the defendants in this action).

2. I have personal knowledge of the matters set forth herein and would testify competently thereto if called as a witness.

3. Mantena LLC is the owner of the property located at 2324 Montpelier Dr., San Jose,

California ("Property") which is the subject of the Complaint in this case.

4. After receiving a copy of Plaintiff's Complaint, I made an inspection of the Property and the alleged barriers to accessibility listed in the Complaint.

5. The Complaint alleged that there is a lack of accessible pathway, a lack of accessible parking and a lack of accessible door hardware to the Dental Clinic located at the Property.

6. I, on behalf of Mantena, LLC, immediately took steps to resolve any purported accessibility concerns listed in the Complaint.

7. As of the filing of this Declaration, all accessibility barriers alleged in the Complaint have been removed, resolved and/or eliminated.

8. Specifically, parking spaces dedicated solely for handicapped parking have been increased from one to four in number, addressing the allegation of insufficient accessible parking.

9. A wheelchair accessible ramp has been installed to provide an accessible pathway to the Dental clinic. Additionally, Plaintiff fails to mention in his Complaint that the building has always had handicapped access from the back of the building.

10. Accessible door hardware has been purchased and will be installed by the time this Motion is heard.

11. Plaintiff's complaint should be dismissed as all accessibility issues have been remedied and resolved.

I declare under penalty of perjury that the foregoing is true and correct. Executed the 6th day of November 2019 in San Jose, CA.

_M. L. Gayathri_
Lakshmigayathri Mudundi

- 2 -
Mudundi Decl. ISO Motion to Dismiss