UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MANTENA LLC, et al.,<br><br>    Defendants. | Case No.  5:19-cv-06468-EJD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 31, 32 |

    Plaintiff in the above-entitled matter having failed to respond to Defendants' Motions to Dismiss by the deadline of June 24, 2020, THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    If plaintiff fails to file a written response to this order to show cause or to the Defendants' Motions to Dismiss by July 23, 2020, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 21, 2020

EDWARD J. DAVILA
United States District Judge