UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>      v.<br><br>MANTENA LLC, et al.,<br><br>            Defendants. | Case No. 5:19-cv-06468-EJD<br><br>**ORDER OF DISMISSAL AND JUDGMENT** |

On June 10, 2020, Defendant Alireza Parhizkari, D.D.S., filed a motion to dismiss Plaintiff's First Amended Complaint. On June 11, 2020, Defendant Mantena LLC also moved to dismiss Plaintiff's First Amended Complaint. Plaintiff failed to respond to either motion.

On July 21, 2020, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Court warned that the case would be dismissed if Plaintiff did not respond by July 23, 2020. Plaintiff failed to respond. The case is therefore **DISMISSED** with prejudice for failure to prosecute.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of DEFENDANTS and against PLAINTIFF. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 24, 2020

_____
EDWARD J. DAVILA
United States District Judge